485 A.2d 390

MOYER'S LANDFILL, INC.

v.

ZONING HEARING BOARD OF LOWER PROVIDENCE TOWNSHIP.

Appeal of PROVIDENCE BUILDERS, INC., and Alternate Energy Store, Inc.

Supreme Court of Pennsylvania.

Argued Dec. 4, 1984.

Decided Dec. 14, 1984.

Marc D. Jonas, Norristown, for appellant.

Richard C. Sheehan, Audubon, for Zoning Hearing Bd.

Steven H. Lupin, Lansdale, for Moyers Landfill, Inc.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.